# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ANDREW REYES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON, Sec. Cal. Dept. of Corrs.,<br><br>　　　　　Respondent. | Case No.  5:21-cv-01402-FMO-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report").  No Objections to the Report have been filed.  The Court accepts the Report and adopts it as its own findings and conclusions.  Accordingly, the Petition is denied with prejudice.

　　　　Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v.*

*Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: April 12, 2022

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE