JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ANDREW REYES, | Case No. 5:21-cv-01402-FMO-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| KATHLEEN ALLISON, Sec. Cal. Dept. of Corrs., | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 12, 2022

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE